UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM CROSBY,** | : | Case No. 08CV797 |
| **Plaintiff,** | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| **GERALD MCFAUL,** *et al.*, | : | **ORDER** |
| **Defendants.** | : | |

On July 9, 2009, the Court issued a SHOW CAUSE ORDER requiring the Plaintiff to show cause within seven calendar days why this case should not be dismissed for failure to prosecute. (Doc. 3.) The Plaintiff has not responded to the show cause order, and the time for doing so has now expired. Accordingly, this case is hereby **DISMISSED** with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**Dated: July 17, 2009** **UNITED STATES DISTRICT JUDGE**